# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:11-cv-17-RJC-DCK

| | | |
|---|---|---|
| **MEINEKE CAR CARE CENTERS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER AND PRELIMINARY** |
| **YOUSRY JUAKIEM and SHADI** | ) | **INJUNCTION** |
| **JUAKIEM,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**THIS MATTER**, coming before the Court upon the motion and request of Plaintiff Meineke Car Care Centers, Inc. ("Meineke"), for default order and preliminary injunction against Defendants Yousry Juakiem and Shadi Juakiem ("Defendants"), jointly and severally; and

**IT APPEARING TO THE COURT** that the Verified Complaint was filed and the Summonses were issued in this action on January 7, 2011, (Doc. No. 1), which Complaint and Summonses were served on Defendants on January 17, 2011, (Doc. Nos. 7; 8); and

**IT FURTHER APPEARING TO THE COURT** that no answer or other responsive pleading was timely served or filed by Defendants, no extension of time to serve or file such a pleading has been granted, and the time for Defendants to serve or file an answer or otherwise respond to Meineke's Verified Complaint has expired; and

**IT FURTHER APPEARING TO THE COURT** that based on the default of Defendants having been duly entered according to law, (Doc. No. 10), and upon the application of Plaintiff in this action, (Doc. No. 11), judgment should be entered against Defendants pursuant to the Prayer for Relief of Meineke's Verified Complaint and its Motion for Preliminary Injunction, (Doc. Nos.

1; 2).

## <u>ORDER</u>

**IT IS, THEREFORE, ORDERED** that:

1.     Meineke's Motion for Default Order and Preliminary Injunction, (Doc. No. 11), is **GRANTED**, and the Court hereby enters judgment against Defendants.

2.     Meineke's Motion for Preliminary Injunction, (Doc. No. 2), is **GRANTED**.

3.     Defendants shall cease and refrain from, for a period of one (1) year from the date of compliance with the covenant not to compete, directly or indirectly (such as through corporations or other entities owned or controlled by them) owning a legal or beneficial interest in, managing, operating or consulting with: (a) any business operating at the premises of former Center No. 2070 located at 570 Northern Avenue, Hagerstown, MD, or within a radius of six (6) miles of the premises of former Center No. 2070 which business repairs or replaces exhaust system components, brake system components, or shocks and struts; and (b) any business operating within a radius of six (6) miles of any Meineke Center existing as of October 15, 2010, the date Defendants' Franchise Agreement terminated, which business repairs or replaces exhaust system components, brake system components, or shocks and struts.

4.     Defendants shall cease using the telephone number (301) 393-8111 and do everything required by the telephone company, including signing all documents and paying any amounts past due or required, to release or transfer to Meineke the telephone number (301) 393-8111 that has been advertised in conjunction with Meineke's name, logo, and Marks.

5.     Defendants shall cease using and/or remove and/or have removed any names, marks, signs, forms, advertising, manuals, computer software, supplies, products, merchandise and all

other things and materials of any kind which are identified or associated with the Meineke name, logo, marks or trade dress, or which contain a name, logo, mark or trade dress confusingly similar to the Meineke name, logo, marks, or trade dress.

6.     Defendants shall cease making any representation or statement that Defendants or the business located at 570 Northern Avenue, Hagerstown, MD 21742 are in any way approved, endorsed or licensed by Meineke, or are identified with Meineke in any way.

7.     Defendants shall return to Meineke all signs, forms, manuals, supplies, computer software, products, merchandise and all other things and materials of any kind which are identified or associated in the mind of the consuming public with Meineke.

**SO ORDERED.**

Signed: September 21, 2011

Robert J. Conrad, Jr.
Chief United States District Judge

3