# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Meineke Car Care Centers, Inc.,

    Plaintiff,	DEFAULT JUDGMENT
	IN A CIVIL CASE

vs.	3:11-cv-17-RJC

Yousry Juakiem and
Shadi Juakiem,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2011 Order.

    Signed: September 21, 2011

Frank G. Johns, Clerk
United States District Court